**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-6689**

———————————

ANGELA MARIA DOZIER,

Plaintiff - Appellant,

versus

FRANKLIN COUNTY JAIL; THE KELLERS, Chaplains @
FCCW; ROACH, Nurse @ FCCW Infirmary; DAVID M.
HINDS, Dr. @ FCCW Infirmary; A. SMITH, Ms.,
Case Manager @ FCCW; AGOGAH, Chaplain @ NCCIW;
MS. JONES, Case Manager @ FCCW; JERRY JONES,
Sheriff @ Franklin County Jail; JUDY SILLS,
Manager @ NCDOC Combined Records; POOLE, Ms. @
FCCW Mailroom; TAYLOR, Ms., Mailroom Officer @
FCCW; SGT. WOODLEY, @ FCCW; MS. PEELE, Case
Manager/Social Worker @ FCCW; PURVIS, Ms.,
Mental Health Social Worker @ FCCW,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Terrence W. Boyle,
District Judge. (CA-05-171-BO-5)

———————————

Submitted:  September 9, 2005      Decided:  September 30, 2005

———————————

Before MOTZ, TRAXLER, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Angela Maria Dozier, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Angela Maria Dozier appeals the district court's order dismissing her 42 U.S.C. § 1983 (2000) complaint as frivolous under 28 U.S.C. § 1915(e)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Dozier v. Franklin County Jail, No. CA-05-171-BO-5 (E.D.N.C. Apr. 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED